## Hunter's Estate.

Argued December 7, 1937.   Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

486

488

490

492

*Abraham L. Freedman,* with him *Max Walls,* for appellant.

*Edwin J. McDermott,* for appellee, was not heard.

Per Curiam, January 3, 1938:

The decree of the Orphans' Court, refusing to admit the proffered will to probate, is affirmed on the comprehensive opinion of Judge Bolger.

Costs to be paid by appellant.